**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

| | | |
|---|---|---|
| **DAVID W. HAYES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 2:08CV17** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

## ORDER

**THIS MATTER** is before the Court on the Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees. The parties agree to an award of legal fees in the amount of $5,150.00 and reimbursement for costs of $350.00 for the initial filing fee, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees is **GRANTED**, and counsel for Plaintiff is awarded the sum of $5,150.00 for attorney fees, and $350.00 for the initial filing fee.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: April 16, 2009

Lacy H. Thornburg
United States District Judge